# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ARTERTON, JANET B. | U.S. DISTRICT COURT | 08/03/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ARTERTON, JANET B. | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. DISTRICT COURT
141 CHURCH STREET
NEW HAVEN, CT 06510

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chair | Committee of the Proprietors of the Common and Undivided Lands in the Town of New Haven |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ARTERTON, JANET B. | 08/03/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Salary-George Washington University |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ARTERTON, JANET B. | 08/03/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ARTERTON, JANET B. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | People's Bank (various accounts) (Y) | | | | | | | | | 4, 5 |
| 2. | CT Higher Ed Trust | | None | K | T | | | | | 6 |
| 3. | Vanguard Muni Money Market (VMSXX) (cash) | A | Dividend | L | T | | | | | 1 |
| 4. | Vanguard Intermediate Term Tax Exempt Fund (VWITX) | B | Dividend | K | T | | | | | 7, 75-76 |
| 5. | Vanguard Small Cap Growth IDX Admiral (VSGAX) (Y) | | | | | | | | | 8, 77-78 |
| 6. | Vanguard Annuity Money Market (Y) | | | | | | | | | 13 |
| 7. | Vanguard 500 Index Fund (VFIAX) | C | Dividend | M | T | | | | | 14, 69 |
| 8. | Janus Global Life Sciences Fund (Y) | | | | | | | | | 15 |
| 9. | Rental Property #1, Washington, DC (X) | E | Rent | M | W | | | | | |
| 10. | IRA #1 (H) | | | | | | | | | |
| 11. | DREYFUS GOVT SEC CSH MGT INV (X) | A | Interest | J | T | | | | | |
| 12. | TEQLX | B | Dividend | L | T | Sold (part) | 08/08/16 | J | | 34-37 |
| 13. | SCZ | A | Dividend | K | T | | | | | 38-39, 56 |
| 14. | TWR (Y) | | | | | | | | | 40 |
| 15. | RWR | B | Dividend | K | T | Buy (add'l) | 04/28/16 | J | | 41-42, 55 |
| 16. | | | | | | Buy (add'l) | 12/19/16 | J | | |
| 17. | DHLSX | | None | L | T | Sold (part) | 11/21/16 | J | | 44-46 |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ARTERTON, JANET B. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AQMIX | A | Dividend | K | T | | | | | 47-48, 57 |
| 19. BSV | A | Dividend | K | T | | | | | 30, 50, 54 |
| 20. IWR | | None | | | Sold | 01/25/16 | K | | 21, 52 |
| 21. IWS | B | Dividend | L | T | | | | | 22, 49, 53 |
| 22. IWP | A | Dividend | K | T | Buy | 01/25/16 | K | | |
| 23. TBIIX | A | Dividend | K | T | Sold (part) | 01/25/16 | J | | 28, 43, 58 |
| 24. TILIX | A | Dividend | L | T | Buy (add'l) | 01/27/16 | J | | 16, 17, 59 |
| 25. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 26. TILVX | B | Dividend | L | T | Sold (part) | 04/28/16 | J | | 18, 31, 51, 60 |
| 27. TISBX | A | Dividend | K | T | | | | | 19-20, 61 |
| 28. TCIEX | B | Dividend | K | T | Buy (add'l) | 01/25/16 | J | | 25, 32, 62 |
| 29. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 30. TIHYX | C | Dividend | K | T | | | | | 29, 33, 63 |
| 31. PELBX | B | Dividend | K | T | | | | | 26-27, 64 |
| 32. TIP | A | Dividend | K | T | | | | | 23, 24, 65 |
| 33. TIAA AFTER-TAX RETIREMENT ANNUITY (H) | | | | | | | | | |
| 34. TIAA REAL ESTATE | | None | N | T | | | | | 66 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ARTERTON, JANET B. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. GWU SUPP RETIREMENT PLAN (H) | | | | | | | | | |
| 36. TIAA TRADITIONAL | | None | N | T | | | | | 67-68 |
| 37. T-C SOCIAL CHOICE EQ-INST | | None | K | T | | | | | 70-71 |
| 38. GWU 457B DEFERRED COMP PLAN (H) | | | | | | | | | |
| 39. T-C LIFE CYCLE 2010 | | None | K | T | | | | | 73-74 |
| 40. GWU 401(A) RETIREMENT PLAN (TIAA VARIABLE ANNUITY) (H) | | | | | | | | | 72 |
| 41. CREF MONEY MARKET | A | Int./Div. | J | T | | | | | 9 |
| 42. CREF BOND MARKET (Y) | | | | | | | | | 79-83 |
| 43. CREF GROWTH | | None | M | T | | | | | 3, 84-86 |
| 44. CREF STOCK | | None | M | T | | | | | 10, 87-89 |
| 45. CREF EQUITY INDEX | | None | M | T | | | | | 11, 90-92 |
| 46. T-C SOCIAL CH EQ-INST | | None | M | T | | | | | 12, 93-95 |
| 47. TIAA REAL ESTATE | | None | M | T | | | | | 96-98 |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Throughout Part VII of the 2016 report, assets have been grouped by accout for ease of reporting and to eliminate duplicate entries, and descriptions in Part VII, Column A, have been updated as necessary. To avoid confusion between the 2015 and 2016 reports, Column D(5) of this report includes the corresponding line numbers from 2015.

Part VII, lines 2, 34, 36, 37, 39, and 43-47: These holdings report only unit value and do not allocate income to individual positions, so there is no reportable income, per page 40 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| ARTERTON, JANET B. | 08/03/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JANET B. ARTERTON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544